1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL HILL,                            No.  2:23-cv-1593 AC P

12                   Plaintiff,

13        v.                                   ORDER

14    JEFF LEIKAUF, et al.,

15                   Defendants.

16

17        Plaintiff has requested the appointment of counsel.  ECF No. 8.  In support of the request,

18    plaintiff states that he is uncertain how court proceedings work.  Id. at 1.  He asks if he should

19    send in documents – presumably in support of his case –  now, or wait to send them in at a later

20    date.  He also states that because this is the first time he has been in custody, he has little legal

21    knowledge of court proceedings.  Id.

22        The United States Supreme Court has ruled that district courts lack authority to require

23    counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490

24    U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary

25    assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017

26    (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  Neither

27    plaintiff's indigence, nor his lack of education, nor his lack of legal expertise warrant the

28    appointment of counsel.   See Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990); see

1

1 | also Bashor v. Risley, 730 F.2d 1228, 1234 (9th Cir. 1984) (finding court was within its
2 | discretion when it denied appointment of counsel to sixty-year-old appellant proceeding in forma
3 | pauperis with no background in law who thoroughly presented issues in petition).  Therefore, the
4 | court does not find the required exceptional circumstances in this case, and plaintiff's request for
5 | the appointment of counsel will be denied.

6 | Plaintiff is informed that the court will screen his complaint in due course in order to
7 | determine whether it may be served.  At that time, if additional support for his complaint is
8 | needed, the screening order will say so.

9 | Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of
10 | counsel (ECF No. 8) is DENIED.

11 | DATED: August 24, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE