UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN HILL, | No. 2:23-cv-01593 AC |
| Plaintiff, | |
| v. | ORDER |
| JEFF LEIKAUF, et al., | |
| Defendants. | |

Plaintiff is a county inmate who filed this civil rights action pursuant to 42 U.S.C. § 1983 without a lawyer. A review of the docket indicates that the complaint docketed on February 8, 2024 was incorrectly filed as an amended complaint in this case. ECF No. 15. However, this complaint involves completely different factual allegations against Sheriff Leikauf, Sergeant Pomeroy, Officer Remchie, and the Placerville Jail. The cover sheet that was filed with the complaint also indicates that plaintiff is intending to commence a separate civil action. Accordingly, the court will direct that the complaint be opened as a new case and assigned a different case number.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to open a new civil rights action and to file the First Amended Complaint (ECF No. 15) as well as the requests and notices related thereto (ECF Nos. 18, 19, 21), nunc pro tunc, to their original filing date.

2. The Clerk is further directed to strike those pleadings from the docket in the present action as they were filed in error.

3. The new § 1983 action shall be randomly assigned to a magistrate judge for all further matters.

4. The Clerk of Court shall send plaintiff a one-time courtesy copy of the docket sheet in this case.

DATED: October 4, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE