UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ALAN HILL,

    Plaintiff,

v.

JEFF LEIKAUF, et al.,

    Defendants.

No. 2:23-cv-1593 AC P

ORDER

Plaintiff, a state prisoner proceeding without an attorney, seeks relief pursuant to 42 U.S.C. § 1983. By order filed October 7, 2024, plaintiff's complaint was screened, and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. ECF No. 23. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 26 at 10. The court will grant plaintiff thirty days to file an amended complaint.[1]

In amending the complaint, plaintiff should use the prisoner complaint form used in this district. The court reminds plaintiff that he should refer to the court's screening order for the legal standards governing amended complaints and comply with those requirements. ECF. No.

---

[1] The court acknowledges that plaintiff filed a letter that appears to indicate how he plans to amend his complaint. ECF No. 26 at 1-9. He also filed witness affidavits and notes regarding the witness affidavits. ECF No. 27. Neither one of these filings is a proper complaint because it is not a single pleading clearly identifying each defendant, claim, and relief sought.

1

23 at 4.  Additionally, to the extent the legal standards governing claims for relief are relevant, see id. at 8-10, Attachment A, on amendment, plaintiff should allege facts establishing those standards and not merely make vague and conclusory allegations that those standards have been or will be met.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff shall have **thirty days from the service of this order** to file an amended complaint as outlined in the October 7, 2024, screening order.  If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that the claims against Dr. McMann, Leikauf, Wellpath, Health, Inc., and El Dorado County Jail-SLT be dismissed without prejudice.

2.  The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: December 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE