UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN HILL,<br><br>Plaintiff,<br><br>v.<br><br>JEFF LEIKAUF,<br><br>Defendants. | No. 2:23-cv-1593 AC P<br><br><br><br>ORDER |

On August 13, 2025, the court recommended that this action be dismissed. ECF No. 36. Plaintiff filed objections to the court's findings and recommendations on August 25, 2025. ECF No. 37. Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's August 13, 2025, findings and recommendations are VACATED.

2. Plaintiff is granted until October 3, 2025, to file a second amended complaint. Failure to file a second amended complaint by October 3, 2025, will result in a recommendation that this action be dismissed.

3. The Clerk of the Court is directed to send plaintiff a one-time courtesy copy of his first amended complaint, and the court's April 22, 2025, screening order. ECF Nos. 17, 32.

DATED: September 2, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE